UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SPM THERMO-SHIELD, INC.,

    Plaintiff,

v.                              Case No: 2:15-cv-439-FtM-29CM

SICC, GMBH and WALDEMAR WALCZOK,

    Defendants.

## ORDER

Before the Court is Plaintiff's, SPM Thermo-Shield, Inc., Second Motion for Extension of Time to Effectuate Service of Process and Incorporated Memorandum of Law (Doc. 32). For the reasons set forth below, the motion is granted *nunc pro tunc*.

Previously, the Court granted an extension until July 14, 2016 to effectuate service of process on Defendants SICC GmbH and Waldemar Walczok. Doc. 25 at 5. In Plaintiff's present motion for extension, Plaintiff states that it has been unable to effectuate service because Defendants are in Germany. Doc. 32 at 1. Since the filing of the motion, it appears that Defendants have agreed to waive service of process. *See* Docs. 33, 34. The waivers, however, were executed after the deadline for Plaintiff to effectuate service. Thus, the Court grants Plaintiff's motion for extension *nunc pro tunc*.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED**:

Plaintiff's, SPM Thermo-Shield, Inc., Second Motion for Extension of Time to Effectuate Service of Process and Incorporated Memorandum of Law (Doc. 32) is **GRANTED** *nunc pro tunc*.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of August, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record